IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Potbelly Sandwich Works, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Michael Montalto and Anthony Buglio, <br><br> Defendants. | Case No. 19-cv-4613 <br><br> Judge Gary Feinerman |

**STIPULATION OF DISMISSAL**

Potbelly Sandwich Works, LLC, Michael Montalto and Anthony Buglio, comprising all parties remaining in this matter, hereby stipulate, by counsel, pursuant to Rule 41(a)(1)(A)(2) and (c), Fed. R. Civ. P., to the dismissal without prejudice of all claims and counterclaims, with all parties to bear their own costs.

Dated: October 13, 2020                                      Respectfully submitted,

**MICHAEL MONTALTO**                             **POTBELLY SANDWICH WORKS, LLC**

By /s/ Brian J. Sharpe                                   By /s/ Matthew D. Tanner
One of Michael Montalto's Attorneys        One of Plaintiff's Attorneys

Martin K. LaPointe                                       Matthew D. Tanner
Brian J. Sharpe                                              Peter S. Roeser
**LAPOINTE LAW, P.C.**                              **ROESER TANNER & GRAHAM LLC**
1200 Shermer Rd., Ste. 425                       2 N. Riverside Plaza, Ste. 1850
Northbrook, IL 60062                                 Chicago, IL 60606
(847) 786-2505                                            (312) 300-2522
mlapointe@lapointelaw.com                    mtanner@rtglaw.com
bsharpe@lapointelaw.com                       proeser@rtglaw.com

1

**ANTHONY BUGLIO**

By /s/ Monica J. Paine
One of Anthony Buglio's Attorneys

Jason M. Metnick
Monica J. Paine
**MELTZER, PURTILL & STELLE LLC**
300 S. Wacker Dr., Ste. 2300
Chicago, IL 60606
(312) 987-9900
jmetnick@mpslaw.com
mpaine@mpslaw.com