**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Potbelly Sandwich Works, LLC

                                              Plaintiff,

v.                                                                          Case No.: 1:19−cv−04613
                                                                         Honorable Gary Feinerman

Ronald Grason, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 16, 2020:

       MINUTE entry before the Honorable Gary Feinerman:The remaining parties have filed a stipulation of dismissal [101], the terms of which are set forth therein. The status hearing set for 12/15/2020 [100] is stricken. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.